TORGER OAAS
ATTORNEY AT LAW
618 West Main; Suite 201
Post Office Box 76
Lewistown, Montana 59457
(406) 538-2338
oaaslaw@midrivers.com
Attorney for Plaintiff

WILLIAM E. BERGER
WILKINS & BERGER
PO Box 506
Lewistown, MT 59457
(406) 538-9272
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DIVISION OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS HEALTHCARE, INC., d/b/a THE BUTTE CENTER, JOHN DOE LLC's 1-10; JOHN DOE, INC., 1-10<br><br>Defendants. | Cause No. CV-16-30-BU-SEH<br><br>**PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT** |

Plaintiff respectfully moves this Court, pursuant to 28 USC 1447 et. al., to remand this case back to the 2nd Judicial District Court of the State of

Montana, Butte Silver Bow County on the following grounds:

1. A non-party to litigation cannot remove a case to Federal Court.

Opposing counsel has been contacted and does object to this motion.

DATED this 16th day of June, 2016.

/s/ *Torger S. Oaas*
TORGER S. OAAS
Attorney for Plaintiff