Kiely Keane
Brett P. Clark
CROWLEY FLECK PLLP
900 N. Last Chance Gulch, Suite 200
P.O. Box 797
Helena, MT 59624-0797
Telephone:  (406) 449-4165
kkeane@crowleyfleck.com
bclark@crowleyfleck.com

Charles K. Smith
CROWLEY FLECK PLLP
Thornton Building
65 East Broadway, Suite 400
Butte, MT  59701
Telephone:  (406) 457-2057
cksmith@crowleyfleck.com

*Attorneys for Peak Medical Montana Operations, LLC
d/b/a Butte Center*

IN THE UNITED STATES DISTRICT COURT
FOR THE DIVISION OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>GENESIS HEALTHCARE, INC., d/b/a THE BUTTE CENTER, JOHN DOE LLC's 1-10; JOHN DOE, INC.'S 1-10,<br><br>    Defendants. | Cause No. CV-16-30-BU-SEH<br><br>**PEAK MEDICAL MONTANA OPERATIONS, LLC d/b/a BUTTE CENTER'S MOTION TO CORRECT CAPTION TO ADD PEAK AND DROP GENESIS** |

_____

Peak Medical Montana Operations, LLC d/b/a Butte Center ("Peak") moves the Court in accordance with Federal Rule of Civil Procedure 21 to correct the caption to reflect it as a party Defendant in this action and to drop Genesis Healthcare, Inc. ("Genesis").  Plaintiff served the Butte Center, which is the registered assumed business name of Peak.  Peak has appeared in this action on behalf of the Butte Center.  Further, Genesis should be dismissed from the action in accordance with Federal Rule of Civil Procedure 12(b) and has moved the Court for its dismissal.  Accordingly, Peak respectfully requests the Court Order the caption be amended to add Peak as a party Defendant and to drop Genesis Healthcare, Inc., d/b/a the Butte Center.

Pursuant to Local Rule 7.1(c)(1), Peak has contacted counsel for Plaintiff.  Plaintiff objects to this motion.  Genesis Healthcare, Inc. has no objection and agrees the caption should be amended to add Peak as a party Defendant and drop Genesis Healthcare, Inc., d/b/a the Butte Center.

Dated June 30, 2016.

CROWLEY FLECK PLLP

/s/ Brett P. Clark
    Kiely Keane
    Brett P. Clark
    Charles K. Smith
    *Attorneys for Peak Medical Montana Operations, LLC d/b/a Butte Center*