Kiely Keane
Brett P. Clark
CROWLEY FLECK PLLP
900 N. Last Chance Gulch, Suite 200
P.O. Box 797
Helena, MT 59624-0797
Telephone:  (406) 449-4165
kkeane@crowleyfleck.com
bclark@crowleyfleck.com

Charles K. Smith
CROWLEY FLECK PLLP
Thornton Building
65 East Broadway, Suite 400
Butte, MT  59701
Telephone:  (406) 457-2057
cksmith@crowleyfleck.com

*Attorneys for Genesis HealthCare, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DIVISION OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL, <br><br> Plaintiff, <br><br> vs. <br><br> GENESIS HEALTHCARE, INC., d/b/a THE BUTTE CENTER, JOHN DOE LLC's 1-10; JOHN DOE, INC.'S 1-10, <br><br> Defendants. | Cause No. CV-16-30-BU-SEH <br><br> **GENESIS HEALTHCARE, INC.'S MOTION TO DISMISS WITH PREJUDICE** |

Genesis HealthCare, Inc. ("Genesis") moves the Court to dismiss Plaintiff's Complaint against Genesis with prejudice. Specifically, Genesis moves the Court to dismiss the Complaint Plaintiff mailed on June 6, 2016, in accordance with the Federal Rules of Civil Procedure for: (1) failure to state a claim upon which relief can be granted (Fed. R. Civ. P. 12(b)(6)); (2) lack of personal jurisdiction (Fed. R. Civ. P. 12(b)(2)); (3) insufficient process (Fed. R. Civ. P. 12(b)(4)); and (4) insufficient service of process (Fed. R. Civ. P. 12(b)(5)).

Genesis respectfully requests the Court grant its motion to dismiss Plaintiff's Complaint with prejudice for the reasons set forth in its brief in support of its motion to dismiss with prejudice.

Pursuant to Local Rule 7.1(c)(1), Genesis has contacted counsel for Plaintiff. Plaintiff objects to this motion. Peak Medical Montana Operations, LLC has no objection and agrees the Court should dismiss Plaintiff's complaint with prejudice.

Dated June 30, 2016.

                                      CROWLEY FLECK PLLP

                                      /s/ Brett P. Clark
                                            Kiely Keane
                                            Brett P. Clark
                                            Charles K. Smith
                                            *Attorneys for Genesis HealthCare, Inc.*