FILED

JUL 0 8 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS HEALTHCARE, INC., d/b/a THE BUTTE CENTER, JOHN DOE LLC's 1-10; JOHN DOE, INC., 1-10,<br><br>Defendants | No. CV 16-30-BU-SEH<br><br>ORDER |

The Court will conduct a hearing on Plaintiff's Motion to Remand Case to State Court[1] on July 22, 2016, at 1:30 p.m. at the Paul G. Hatfield Courthouse, Helena, Montana.

DATED this 8th day of July, 2016.

SAM E. HADDON
United States District Judge

---

[1] Doc. 3.