TORGER OAAS
ATTORNEY AT LAW
618 West Main; Suite 201
Post Office Box 76
Lewistown, Montana 59457
(406) 538-2338
oaaslaw@midrivers.com
Attorney for Plaintiff

WILLIAM E. BERGER
WILKINS & BERGER
PO Box 506
Lewistown, MT 59457
(406) 538-9272
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DIVISION OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL, <br><br> Plaintiff, <br><br> vs. <br><br> GENESIS HEALTHCARE, INC., d/b/a THE BUTTE CENTER, JOHN DOE LLC's 1-10; JOHN DOE, INC., 1-10 <br><br> Defendants. | Cause No. CV-16-30-BU-SEH <br><br> **PLAINTIFF'S AMENDED MOTION TO REMAND CASE TO STATE COURT** |

Plaintiff hereby respectfully moves this Court to remand this case back

to the 2nd Judicial District Court of the State of Montana, Butte Silver Bow

County on the following grounds that Defendant, Genesis Healthcare, Inc. d/b/a Butte Center was properly served on May 12th, 2016 and the Notice of Removal filed by Peak Medical Montana Operations, LLC was filed more than 30 days after proper service on Defendant Genesis Healthcare, Inc. and therefore the Notice of Removal is untimely and the purported joinder by Genesis Healthcare, Inc. in Peak Medical Montana Operations, LLC's notice of removal is untimely.

DATED this 11th day of July, 2016.

/s/ Torger S. Oaas
TORGER S. OAAS
Attorney for Plaintiff