

**FILED**

JUL 28 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS HEALTHCARE, INC., d/b/a THE BUTTE CENTER, JOHN DOE LLC's 1-10; JOHN DOE, INC., 1-10,<br><br>Defendants | No. CV 16-30-BU-SEH<br><br>**ORDER** |

Upon the record made in open court on July 26, 2016,

ORDERED:

1. Defendant Genesis Healthcare, Inc. is dismissed as a party Defendant without prejudice. Plaintiff may file an amended complaint appropriately identifying all persons and entities against whom liability is claimed on or before

-1-

August 5, 2016.

2. Defendants may file, on or before August 12, 2016, an amended notice of removal incorporating the basis of this Court's jurisdiction under 28 U.S.C. § 1332 including diversity of citizenship of the parties and the amount in controversy.

3. Plaintiff shall have until August 12, 2016, in which to respond to Defendants' amended notice of removal.

DATED this 27th day of July, 2016.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge