TORGER OAAS
ATTORNEY AT LAW
618 West Main; Suite 201
Post Office Box 76
Lewistown, Montana 59457
(406) 538-2338
oaaslaw@midrivers.com
Attorney for Plaintiff

WILLIAM E. BERGER
WILKINS & BERGER
PO Box 506
Lewistown, MT 59457
(406) 538-9272
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM POWELL, DANA WADDELL, AMBER DAYHUFF, PEAK MEDICAL MONTANA OPERATIONS, LLC AND GENESIS HEALTHCARE, INC.,<br><br>Defendants. | CV-16-30-BU-SEH<br><br>**PLAINTIFF'S MOTION TO REMAND UNDER 28 USC 1447(e)** |

Plaintiff respectfully moves this Court for an order remanding this case back to state court pursuant to 28 USC 1447(e).

Pursuant to LR 7(1), opposing counsel has been contacted and does object to this motions.

DATED this 17th day of August, 2016.

/s/ Torger Oaas
TORGER OAAS
Co-counsel for Plaintiff

/s/ William E. Berger
WILLIAM E. BERGER
Co-counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2016, a true copy of the foregoing was served on the following person(s) via Electronic Filing:

Kiely Keane
Crowley, Fleck, PLLP
P.O. Box 797
Helena, MT 59624

Marcia Devenport
Crowley, Fleck, PLLP
P.O. Box 797
Helena, MT 59624

Brett P. Clark
Crowley, Fleck, PLLP
P.O. Box 797
Helena, MT 59624

Charles K. Smith
Crowley, Fleck, PLLP
65 East Broadway, Ste 400
Butte, MT 59701

By: /s/ Torger Oaas
TORGER OAAS
Co-counsel for Plaintiff