Kiely Keane
Marcia Davenport
Brett P. Clark
CROWLEY FLECK PLLP
900 N. Last Chance Gulch, Suite 200
P.O. Box 797
Helena, MT 59624-0797
Telephone: (406) 449-4165

Charles K. Smith
CROWLEY FLECK PLLP
Thornton Building
65 East Broadway, Suite 400
Butte, MT 59701
Telephone: (406) 457-2057

*Attorneys for Genesis Healthcare, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM POWELL, DANA WADDELL, AMBER DAYHUFF, PEAK MEDICAL MONTANA OPERATIONS, LLC AND GENESIS HEALTHCARE, INC.,<br><br>　　　　Defendants. | Cause No. CV-16-30-BU-SEH<br><br>**GENESIS HEALTHCARE INC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE** |

_____

Genesis HealthCare, Inc. ("Genesis") moves the Court to dismiss Plaintiff's Amended Complaint against Genesis with prejudice. Specifically, Genesis moves the Court to dismiss the Amended Complaint filed on August 2, 2016 (Doc. No. 28), in accordance with the Federal Rules of Civil Procedure for: (1) failure to state a claim upon which relief can be granted (Fed. R. Civ. P. 12(b)(6)); (2) lack of personal jurisdiction (Fed. R. Civ. P. 12(b)(2)); (3) insufficient process (Fed. R. Civ. P. 12(b)(4)); and (4) insufficient service of process (Fed. R. Civ. P. 12(b)(5)).

Genesis respectfully requests the Court grant its motion to dismiss Plaintiff's Amended Complaint with prejudice for the reasons set forth in its brief in support of its motion to dismiss with prejudice.

Pursuant to Local Rule 7.1(c)(1), Genesis has contacted counsel for Plaintiff. Plaintiff objects to this motion. Peak Medical Montana Operations, LLC has no objection and agrees the Court should dismiss Plaintiff's complaint with prejudice.

Dated this 18th day of August, 2016.

                                       CROWLEY FLECK PLLP

                                       /s/ Brett P. Clark
                                             Kiely Keane
                                             Brett P. Clark
                                             Charles K. Smith
                                             *Attorneys for Genesis HealthCare, Inc.*