IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

OCT 21 2016

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM POWELL, DANA WADDELL, AMBER DAYHUFF, PEAK MEDICAL MONTANA OPERATIONS, LLC AND GENESIS HEALTHCARE, INC.,<br><br>Defendants | No. CV 16-30-BU-SEH<br><br>ORDER |

A proposed Agreed Protective Order the Court is requested to enter has been filed.[1]

---

[1] Doc. 59.

-1-

Counsel are apprised the Court is not disposed to approval of any requested protective order that is inconsistent with and that does not include, in substance, the following language:

"Filing of documents under seal shall be conducted in compliance with L.R. 5.1(d). No document filed under seal shall be considered by the Court or relied upon by any party absent an order of Court so permitting."

"All parties understand that all documents relied upon by the Court in resolving any issue before the Court, including documents filed under seal, will be made public contemporaneously with the Court's ruling on the issue."

The parties are invited to consider resubmission of the proposed order.

DATED this 21st day of October, 2016.

SAM E. HADDON
United States District Judge