FILED

JAN 06 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM POWELL, DANA WADDELL, AMBER DAYHUFF, PEAK MEDICAL MONTANA OPERATIONS, LLC AND GENESIS HEALTHCARE, INC.,<br><br>Defendants. | No. CV 16-30-BU-SEH<br><br>**ORDER** |

On January 6, 2017, the Court held a hearing on Plaintiff's Motion to

Remand Under 28 USC 1447(e). Based upon the record made in open court,

ORDERED:

1. Plaintiff's Motion to Remand Under 28 USC 1447(e)[1] is DENIED.

2. Defendants William Powell, Dana Waddell, and Amber Dayhuff are DISMISSED without prejudice. The caption is amended to reflect dismissal of the three individual Defendants.

DATED this 6th day of January, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 35.