**FILED**

JAN 06 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM POWELL, DANA WADDELL, AMBER DAYHUFF, PEAK MEDICAL MONTANA OPERATIONS, LLC AND GENESIS HEALTHCARE, INC.,<br><br>Defendants. | No. CV 16-30-BU-SEH<br><br>**ORDER** |

The Court will conduct a hearing on Genesis Healthcare Inc's Motion to Dismiss Plaintiff's Amended Complaint with Prejudice[1] on January 13, 2017, at

---

[1] Doc. 38.

-1-

10:00 a.m. at the **Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana.**

DATED this 6th day of January, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge