TORGER OAAS
ATTORNEY AT LAW
618 West Main; Suite 201
Post Office Box 76
Lewistown, Montana 59457
(406) 538-2338
oaaslaw@midrivers.com
Attorney for Plaintiff

WILLIAM E. BERGER
WILKINS & BERGER
PO Box 506
Lewistown, MT 59457
(406) 538-9272
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM POWELL, DANA WADDELL, AMBER DAYHUFF, PEAK MEDICAL MONTANA OPERATIONS, LLC AND GENESIS HEALTHCARE, INC.,<br><br>Defendants. | CV-16-30-BU-SEH<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Gina Jaeger, individually, and as personal representative of the estate of her sister Charlene Hill, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the 9th Circuit from an order denying Plaintiff's Motion for Remand. This motion was made pursuant to 28 U.S.C. § 1447(e). The order was entered in this action on the 6th day of January, 2017.

By /s/ <u>*Torger Oaas*</u><br>
TORGER OAAS<br>
PO Box 76<br>
Lewistown, MT 59457<br>
oaaslaw@midrivers.com<br>
Co-counsel for Plaintiff