
FILED

JAN 13 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>PEAK MEDICAL MONTANA OPERATIONS, LLC AND GENESIS HEALTHCARE, INC.,<br><br>Defendants. | No. CV 16-30-BU-SEH<br><br>ORDER |

On January 13, 2017, the Court held a hearing on Genesis Healthcare Inc's

Motion to Dismiss Plaintiff's Amended Complaint with Prejudice.[1] Based upon the record made in open court,

ORDERED:

Genesis Healthcare Inc's Motion to Dismiss Plaintiff's Amended Complaint with Prejudice[2] is GRANTED. The caption is amended to reflect dismissal of Genesis Healthcare, Inc.

DATED this 13th day of January, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 38.

[2] Doc. 38.