FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GINA JAEGER, individually, and as Personal Representative of the Estate of her sister, Charlene Hill,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>WILLIAM POWELL; et al.,<br><br>        Defendants-Appellees. | No.   17-35016<br><br>D.C. No. 2:16-cv-00030-SEH<br>District of Montana,<br>Butte<br><br><br>ORDER |

     Appellant's motion to dismiss this appeal (Docket Entry 6) is granted. Fed. R. App. P. 42(b).

     A copy of this order shall serve as and for the mandate of this court.

     The assessment conference previously scheduled for February 15, 2017, is canceled.

                       FOR THE COURT


                       By: Margaret A. Corrigan
                       Circuit Mediator

MAC/Mediation