Kiely Keane
Marcia Davenport
Brett P. Clark
CROWLEY FLECK PLLP
900 N. Last Chance Gulch, Suite 200
P.O. Box 797
Helena, MT 59624-0797
Telephone:  (406) 449-4165

Charles K. Smith
CROWLEY FLECK PLLP
Thornton Building
65 East Broadway, Suite 400
Butte, MT  59701
Telephone:  (406) 457-2057
      Attorneys for Peak Medical Montana Operations, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | | |
|---|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL, | ) ) ) ) | Cause No. CV-16-30-BU-SEH |
| | ) | |
| Plaintiff, | ) ) | **MOTION TO COMPEL ARBITRATION** |
| vs. | ) ) | |
| PEAK MEDICAL MONTANA OPERATIONS, LLC, | ) ) ) | |
| Defendant. | ) ) | |

_____

Defendant Peak Medical Montana Operations, LLC ("Peak") moves the Court for an order compelling the parties to submit to arbitration and staying this action until arbitration has been completed.  Peak respectfully requests the Court grant the motion for the reasons set forth in its brief in support of this motion. Pursuant to Local Rule 7.1(c)(1), counsel for Peak have conferred in good faith with counsel for Plaintiff in an effort to resolve this issue without Court action. Plaintiff objects to this motion.

Dated this 14th day of February, 2017.

CROWLEY FLECK PLLP


 /s/ Brett P. Clark
Brett P. Clark
Attorneys for Peak Medical Montana
Operations, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of United States District Court for the District of Montana by using the CM/ECF system on February 14th, 2017.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, and by Email, have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

> William E. Berger
> Wilkins & Berger
> P.O. Box 506
> Lewistown, MT 59457
> Email: wilkinsandberger@hotmail.com

/s/ Brett P. Clark
Brett P. Clark

*Motion to Compel Arbitration - Page 3*