TORGER OAAS
ATTORNEY AT LAW
618 West Main; Suite 201
Post Office Box 76
Lewistown, Montana 59457
(406) 538-2338
oaaslaw@midrivers.com
Attorney for Plaintiff

WILLIAM E. BERGER
WILKINS & BERGER
PO Box 506
Lewistown, MT 59457
(406) 538-9272
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiffs,<br><br>vs.<br><br>PEAK MEDICAL MONTANA OPERATIONS, LLC,<br><br>Defendant. | CV-16-30-BU-SEH<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Gina Jaeger, individually, and as personal representative of the estate of her sister Charlene Hill, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the 9th Circuit from an order compelling arbitration. The motion to compel was made on February 14th, 2017 and the order granting the motion to compel is dated March 10th, 2017.

Plaintiffs also appeal the order denying Plaintiffs motion to remand. This motion was made pursuant to 28 U.S.C. § 1447(e). The order denying remand was made on the 6th day of January, 2017.

By /s/ *Torger Oaas*

TORGER OAAS
PO Box 76
Lewistown, MT 59457
oaaslaw@midrivers.com
Co-counsel for Plaintiff