| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 28 2017 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GINA JAEGER, individually, and as Personal Representative of the Estate of her sister, Charlene Hill,

        Plaintiff-Appellant,

 v.

PEAK MEDICAL MONTANA OPERATIONS, LLC,

        Defendant-Appellee,

 and

AMBER DAYHUFF; et al.,

        Defendants.

No. 17-35234

D.C. No. 2:16-cv-00030-SEH
District of Montana, Butte

ORDER

Before: GOODWIN, KOZINSKI, and BERZON, Circuit Judges.

The court has reviewed the responses to the court's April 25, 2017 order to show cause why the appeal should not be dismissed for lack of jurisdiction.

This court lacks jurisdiction over this appeal because the district court order challenged in this appeal is not a final order under 28 U.S.C. § 1291. *See* 9 U.S.C. § 16(b)(1), (2); *see also Dees v. Billy*, 394 F.3d 1290, 1292 (9th Cir. 2005) ("A litigant may not appeal a district court's interlocutory order staying judicial proceedings or compelling parties to arbitrate a dispute.").

LAB/MOATT

Case: 17-35234, 07/28/2017, ID: 10524883, DktEntry: 9, Page 2 of 2
Case 2:16-cv-00030-SEH Document 109 Filed 08/01/17 Page 2 of 2

2

Accordingly, this appeal is dismissed for lack of jurisdiction

**DISMISSED**.