Kiely Keane
Marcia Davenport
Brett P. Clark
CROWLEY FLECK PLLP
900 N. Last Chance Gulch, Suite 200
P.O. Box 797
Helena, MT 59624-0797
Telephone:  (406) 449-4165

Charles K. Smith
CROWLEY FLECK PLLP
Thornton Building
65 East Broadway, Suite 400
Butte, MT  59701
Telephone:  (406) 457-2057
 Attorneys for Peak Medical Montana
 Operations, LLC

Torger Oaas
Attorney at Law
618 West Main, Suite 201
P.O Box 76
Lewistown, MT 59457
(406) 538-2338
Attorney for Plaintiff

William E. Berger
WILKINS & BERGER
P. O. Box 506
Lewistown, MT 59457
(406) 538-9272
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>   Plaintiff,<br><br>vs.<br><br>PEAK MONTANA MEDICAL OPERATIONS, LLC,<br><br>   Defendant. | Cause No. CV-16-30-BU-SEH<br><br>**SECOND JOINT STATUS REPORT** |

Pursuant to this Court's order dated March 10, 2017, the parties respectfully submit this Second Joint Status Report.

At the time of the previous Joint Status Report, the parties were awaiting the Ninth Circuit's determination as to whether it held jurisdiction over Plaintiff's appeal. Docket Entry No. 5, Order, Apr. 25, 2017. Counsel for Peak had proposed Dennis Lind of Datsopoulos, MacDonald & Lind as an arbitrator, pending the Ninth Circuit's decision regarding its jurisdiction. Doc. No. 108, Joint Status Report (June 9, 2017).

On March 7, 2017, Plaintiff commenced a Montana Medical Legal Panel ("MMLP") proceeding against the Butte Center's then-Medical Director, Dr. William Antonioli. The MMLP hearing took place on September 7, 2017.

The Ninth Circuit issued an order on July 28, 2017, dismissing the appeal for lack of jurisdiction. Docket Entry No. 9, Order, July 28, 2017. Counsel for Peak renewed their proposal of Dennis Lind as arbitrator on August 10, 2017. Counsel for Plaintiff proposed, and Peak agreed to, Tracy Axelberg, who has agreed to act as arbitrator.

Dated September 8, 2017

        CROWLEY FLECK PLLP


        By <u>/s/ Brett P. Clark</u>
        Brett P. Clark
        Attorneys for Peak Medical Montana Operations, LLC

        TORGER OAAS


        By <u>/s/ Torger Oaas</u>
        Torger Oaas
        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of United States District Court for the District of Montana by using the CM/ECF system on September 8, 2017.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

William E. Berger
Wilkins & Berger
P.O. Box 506
Lewistown, MT 59457
Email: wilkinsandberger@hotmail.com

      /s/ Brett P. Clark
Brett P. Clark