FILED

2/25/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>PEAK MEDICAL MONTANA OPERATIONS, LLC,<br><br>Defendant. | No. CV 16-30-BU-SEH<br><br>ORDER |

The parties' Seventh Joint Status Report informed the Court that "[a]rbitration begins in this matter on January 21, 2019 and is expected to last five days."[1]

ORDERED:

On or before March 1, 2019, the parties will provide the Court with a joint status report addressing: (1) whether arbitration was conducted starting on January

---

[1] Doc. 118 at 2.

21, 2019, as stated; (2) whether a decision in arbitration has been entered; and (3) if no decision has been entered, when, if known, a decision is to be expected.

DATED this 25th day of February, 2019.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge