FILED

5/23/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>PEAK MEDICAL MONTANA OPERATIONS, LLC,<br><br>Defendant. | No. CV 16-30-BU-SEH<br><br>ORDER |

On May 22, 2019, the parties filed a Ninth Joint Status Report,[1] in which the Court was informed that an arbitration order was issued on May 18, 2019, determining that "Plaintiff is to receive no award and that [Defendant] 'faces no financial liability in this matter.'"[2] Defendant also stated in the status report its intention to "file a petition for approval of the arbitrator's order."[3]

---

[1] Doc. 121.

[2] Doc. 121 at 2.

[3] Doc. 121 at 2.

ORDERED:

On or before June 21, 2019, Defendant shall file a petition for approval of the arbitrator's order and such other and further documents as may be necessary and appropriate to final resolution of the arbitration proceedings.

DATED this 23rd day of May, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge