FILED

8/20/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| GINA JAEGER, individually, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER SISTER CHARLENE HILL, | No. CV 16-30-BU-SEH |
| Plaintiff, | ORDER |
| vs. | |
| PEAK MEDICAL MONTANA OPERATIONS, LLC, | |
| Defendant. | |

On June 7, 2019, Defendant filed a Petition to Confirm Arbitration Award[1]

("Petition") for approval of the arbitrator's order. Plaintiff did not move the Court

to vacate, modify, or correct the award.

ORDERED:

1.    The Court has reviewed Defendant's Petition. The Court is satisfied

---

[1] Doc. 124.

the Petition complies with 9 U.S.C. §§ 9 and 13.

2.     Arbitrator Tracy Axelberg's Order[2] in favor of Defendant is
confirmed.

3.     In accordance with the Voluntary Binding Arbitration Agreement,[3]
Defendant is responsible for the reasonable fees of the arbitrator and each party is
responsible for their own attorneys' fees and costs.

4.     The Clerk is directed to enter final judgment in favor of Defendant.

DATED this 20th day of August, 2019.

SAM E. HADDON
United States District Judge

---

[2] Doc. 123-4.

[3] Doc. 123-1.